COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| DAVID SIMS, | § | No. 08-15-00113-CV |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 12th District Court |
| | § | |
| THE CITY OF MADISONVILLE | | of Madison County, Texas |
| AND THE MADISONVILLE POLICE | § | |
| DEPARTMENT, | | (TC# 14-13720-012-10) |
| | § | |
| Appellees. | § | |
| | § | |

## **J U D G M E N T**

The judgment issued by the Court on June 8, 2018 is withdrawn, and the following is the judgment of the Court.

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings, in accordance with this Court's opinion. We further order that Appellant recover from Appellees all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF SEPTEMBER, 2018.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating